AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

*****     DISTRICT OF   NEVADA

SAMUEL FLORES,

        Plaintiff,               JUDGMENT IN A CIVIL CASE
V.

                              CASE NUMBER - 3:11-cv-00235-RCJ-RAM

HARRY BUSH, et al.,

        Defendants.

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED WITH PREJUDICE as to all counts and all defendants.


   May 3, 2011                                              **LANCE S. WILSON**
                                                                          Clerk


                                                                       /s/ Katie Lynn Ogden
                                                                             Deputy Clerk